UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # ____6____

-------------------------------------------------------------
Ellwood McKiver

USCA NO. _____

SDNY NO. __07cv3004__
JUDGE: _____KMW_____
DATE: __6 / 12 / 2007__

-v-

The New York City Police Department et al
-------------------------------------------------------------

INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____Nezam Dulal_____
           FIRM _____APPEALS SECTION_____
        ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
                __500 PEARL STREET, NEW YORK, NEW YORK 10007__
      PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------------

DOCUMENTS                                                                      DOC#

_____
                              Clerk's Certificate
_____
                     See Attached List of Numbered Documents
_____
                         Only Circled Documents Included
_____

( √ ) Original Record                              ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __12th__ Day of __June__, 2007.

**United States District Court for
the Southern District of New York**

---------------------------------------------------------------

Ellwood McKiver

-V-

The New York City Police Department et al

---------------------------------------------------------------

Date: 5 / 12 / 2007

U.S.C.A. # _____

U.S.D.C. # __07cv3004__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __12th__ Day of __June__ In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 231st year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-03004-KMW
#### Internal Use Only

McKiver v. The New York City Police Department et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Civil Rights Act

Date Filed: 04/16/2007
Date Terminated: 04/16/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Ellwood McKiver.(laq) (Entered: 04/19/2007) |
| 04/16/2007 | 2 | COMPLAINT against The New York City Police Department, The District Attorney County of New York. Document filed by Ellwood McKiver.(laq) (Entered: 04/19/2007) |
| 04/16/2007 | | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 04/19/2007) |
| 04/16/2007 | 3 | ORDER OF DISMISSAL,,,Plaintiff's request to proceed in forma pauperis is granted, but the complaint is dismissed for the reasons set forth. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed. 28 U.S.C. 1915(e)(2)(B)(ii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/16/7) (laq) (Entered: 04/19/2007) |
| 04/16/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 4/16/7) (laq) (Entered: 04/19/2007) |
| 04/27/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint) Document filed by Ellwood McKiver. Copies sent to attorney(s) of record: Corporation Counsel. (tp) (Entered: 06/11/2007) |
| 04/27/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Ellwood McKiver. $455.00 APPEAL FEE DUE. IFP REVOKED 4/16/07. (tp) (Entered: 06/11/2007) |
| 06/11/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 06/11/2007) |
| 06/11/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 06/11/2007) |